UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE

JOSEPH MONTEZ EL LOGGIN       ,          Case No. 22-mc-51193
                                         Honorable Linda V. Parker
                Plaintiff.
_____/

## ORDER DISMISSING CASE

On July 20, 2022, Joseph Montez El Loggin filed documents in the Eastern District of Michigan.  The Clerk of the Court therefore opened this miscellaneous case.  The Court is dismissing the matter for lack of subject matter jurisdiction.

The Court is unable to discern a plausible federal cause of action from any of El Loggin's filings.  *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998) (providing that dismissal of a federal claim for lack of subject-matter jurisdiction is proper where the claim is "so insubstantial, implausible, foreclosed by prior decisions of this Court, or otherwise completely devoid of merit as not to involve a federal controversy").  And because the Court cannot tell who would be a viable defendant in this case or the defendant's citizenship, El Loggin also has not invoked diversity jurisdiction under 28 U.S.C. § 1332.

If El Loggin believes he has a viable claim, he should set out that claim in short and plain language.  *See* Fed. R. Civ. P. 8 ("A pleading that states a claim for relief must contain . . . *a short and plain statement of the claim* showing that the

pleader is entitled to relief.") (emphasis added).  There is a "Complaint for a Civil Case" form available on the District's website at

[http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe](http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe).  The website offers an entire section devoted to "Representing Yourself," including a "How to File a Lawsuit Handbook."  *See id.*

Accordingly,

**IT IS ORDERED** that this action is **DISMISSED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 20, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 20, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager